

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-85,795-01

### EX PARTE PAUL LAFAYETTE KIRKSEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR6072-B IN THE 424TH DISTRICT COURT
### LLANO COUNTY

**RICHARDSON, J., filed a dissenting statement in which JOHNSON, J., joined.**

### DISSENTING STATEMENT

Respectfully, I dissent for the reasons stated in my Dissenting Statement in *Ex parte*

*Hirsch*, No. WR-83,576-01, 2016 WL 3094370 (Tex. Crim. App. 2016).


FILED:                     November 2, 2016

DO NOT PUBLISH